UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

        Plaintiff,        CIV S-04-2320 LKK PAN PS

    v.

                                  ORDER

CITY OF DAVIS,

        Defendant.

—oOo—

On June 7, 2004, this court directed plaintiff to file proof of timely service of process upon defendant or evidence that plaintiff provided the required information to the U.S. Marshal. Plaintiff timely filed a copy of the Marshal's proof of service and a copy of defendant's completed Waiver of Service of Summons. On July 15, defendant filed its answer to the complaint.

On July 22, plaintiff filed an "Addendum to Complaint" in which he alleges further violations of his rights "in addition to

those already contained in the complaint."

The court construes plaintiff's "Addendum" as a motion for leave to serve and file a supplemental complaint.  Fed. R. Civ. P. 15(d) provides:

> Upon motion of a party the court may, upon reasonable notice and upon such terms as are just, permit the party to serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented.

Rule 15(d) is meant to promote as complete an adjudication of the parties' dispute as possible.  <u>Keith v. Volpe</u>, 858 F.2d 467, 473 (9th Cir. 1998).  While a party may make new claims in a supplemental complaint, <u>Keith</u>, 858 F.2d at 473, the party cannot introduce a separate and new cause of action, <u>Planned Partenthood of Southern Arizona</u>, 130 F.3d 400, 402 (9th Cir. 1997) ("new and distinct action" should be "subject of a separate suit").  There must be some relationship between the newly alleged matters and the subject of the original action, but they need not arise out of the same transaction or occurrence.  <u>Keith</u>, 858 F. 2d at 474.

Plaintiff's addendum sets forth additional specific incidents of alleged misconduct by Davis police officers on November 14, 2004, and in January, June and July 2005, all subsequent to the November 2, 2004, filing of plaintiff's initial complaint.  The alleged incidents are similar to those set forth in the original complaint and support plaintiff's claims defendant has harassed plaintiff and arrested him without probable cause.  The addendum does not set forth new and separate causes of action.

1  Accordingly, plaintiff's motion is granted.  Plaintiff
2 shall, within 10 days of service of this order, serve and file
3 one comprehensive complaint in compliance with E. D. Cal. L. R.
4 15-220.  Defendant shall file its answer within 10 days after
5 service of the supplemental complaint.
6  So ordered.
7  Dated:  August 17, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge