UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

        Plaintiff,      CIV. S-04-2320 LKK PAN PS

  v.

                          ORDER

CITY OF DAVIS,

        Defendant.

-o0o-

On August 17, 2005, in response to plaintiff filing of an "Addendum to Complaint" which this court construed as a motion for leave to file a supplemental complaint, the court directed plaintiff to serve and file one comprehensive complaint in compliance with E. D. Cal. L. R. 15-220.

On August 30, plaintiff filed a "Motion for 'Addendum' to be Construed [as a separate] Supplemental Complaint" pursuant Fed. R. Civ. P. 15(d), due to plaintiff's logistical limitations during his present incarceration.  Plaintiff states, for example,

that he requested access to law library materials on August 17 which he has yet to obtain; that it took him three weeks to obtain a pad of legal paper and envelopes; that he does not have a copy of his original complaint; and that he anticipates a delay of several weeks just to obtain legal paper.

On October 3, defendant filed a letter requesting clarification.

Plaintiff has demonstrated good cause for this court's departure from the local requirement of Rule 15-220 that the complaint and supplemental complaint be combined in one document. Since the court has determined plaintiff's supplemental complaint meets the "subsequent events" requirement of Fed. R. Civ. P. 15(d), and plaintiff has served both his original and supplemental complaints upon defendant, permitting this action to now move forward promotes the goal of efficiency underlying Rule 15(d) (see <u>Keith v. Volpe</u>, 858 F.2d 467, 473 (9th Cir. 1988).

Accordingly, plaintiff's motion is granted. Defendant shall serve and file one answer to both complaints within twenty days after service of this order.

So ordered.

Dated: November 9, 2005.

    /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge