UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

        Plaintiff,        CIV. S-04-2320 LKK PAN PS

    v.

                            ORDER

CITY OF DAVIS,

        Defendant.

-o0o-

On November 10, 2005, this court granted plaintiff's motion to file both an original and supplemental complaint and directed defendant to file a comprehensive answer within twenty days. Defendant filed its answer November 18, 2005.

Plaintiff and defendant are directed to file, by Friday, January 20, 2006, separate status reports addressing the following matters:

        (a) Jurisdiction and venue;

        (b) Anticipated motions;

      (c) Anticipated discovery and disclosure of expert witnesses;

      (d) Future proceedings, including setting appropriate deadlines for discovery, motions, and scheduling the pretrial conference and trial;

      (e) Estimate of length of trial;

      (f) Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

      (g) Whether the case is related to any other case, including any matter in bankruptcy;

      (h) Whether a settlement conference should be scheduled;

      (I) Any other matters that may add to the just and expeditious disposition of this matter.

The court will issue a scheduling order after review of the parties' status reports.

So ordered.

Dated: November 28, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge