IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

     Plaintiff,                         No. CIV-S-04-2320 LKK EFB PS

   vs.

CITY OF DAVIS,

     Defendant.                     ORDER

_____/

       On November 9, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed objections, and they were considered by the undersigned.

       This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed November 9, 2006, are ADOPTED;

2. Pursuant to 28 U.S.C. § 1915(e)(2), paragraphs 1, 3, and 5 of the Complaint (challenging the validity of the arrests at Long's Drugs, Albertson's, and the Yolo County Library, which are currently under habeas review) are dismissed for failure to state claim based on *Heck v. Humphrey*, 512 U.S. at 486-87;

3. Defendant's request to dismiss paragraph 6 of the Complaint (concerning the arrest at Nugget Market on June 16, 2004) is granted in part with regard to the allegations challenging the validity of the arrest, and is denied in part with regard to the allegations regarding excessive force;

4. Plaintiff's request to stay the action pending resolution of the habeas petitions is denied; and

5. Plaintiff's motion to amend the complaint is denied.

DATED: December 21, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT