IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

      Plaintiff,                  No. CIV S-04-2320 LKK EFB PS

    vs.

CITY OF DAVIS,                    <u>ORDER</u>

      Defendant.
_____/

      On March 2, 2007, the court granted the parties a 60 day extension of time to complete discovery.

      In response, defendant submitted a letter to the court on March 5, 2007, asking for clarification on whether Local Rule 78-230(m) applies to this case and whether the March 2 order also extended the law and motion cutoff date.

      The court clarifies those points as follows. Local Rule 78-230(m) does not apply to the present case because it is not a "prisoner case" as defined by the Local Rules. *See* Local Rule 1-101 ("'Prisoner Cases' are cases brought *in propria persona* by a person in custody who is seeking habeas relief (28 U.S.C. § 2241 et seq.) or any relief authorized by 42 U.S.C. § 1981 et seq."). The present case is designated a "pro se" rather than a "prisoner" case. Although it appears that plaintiff has been intermittently jailed for various periods during the pendency of

1

1 this action, he was not incarcerated at the time he initiated this action. *See* Plaintiff's
2 Application to Proceed IFP. Further, plaintiff does not seek habeas relief nor does he challenge
3 the conditions of his past confinement. For the foregoing reasons, Local Rule 78-230(m) is
4 inapplicable to the present case.
5      Defendant also queries whether the March 2, 2007, order granting the parties an
6 additional 60 days to complete discovery also extends the law and motion deadline. That order
7 did not address the law and motion deadline. To the extent either party needs additional time to
8 file a motion beyond the April 25, 2007, deadline, they may submit an appropriate application
9 under Local Rule 6-144 for such an extension.
10      IT IS SO ORDERED
11 DATED: March 6, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE