IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

      Plaintiff,                                No. CIV S-04-2320 LKK EFB PS

      vs.

CITY OF DAVIS,                            <u>ORDER</u>

      Defendant.

_____/

On March 8, 2007, defendant filed an *ex parte* request to extend the law and motion cut-off date by sixty days from April 25, 2007 to June 25, 2007. Defendant makes this motion in light of the court's recent sixty-day extension of the discovery cut-off date. Specifically, defendant argues that without a similar extension of the law and motion deadline, defendant will be denied the benefit of evidence produced during the extended discovery period for its motion for summary judgment.

Rule 56(b) of the Federal Rules of Civil Procedure allows a defendant to move for summary judgment at any time. Fed. R. Civ. P. 56(b); *Gifford v. Travelers Protective Ass'n*, 153 F.2d 209, 211 (9th Cir. 1946) ("Where a defendant thinks that he is entitled to a judgment either on pleadings or on basis of extrinsic facts established by affidavits, depositions, or stipulations, he may at any time move with or without supporting affidavits for a summary judgment in his

1

1 favor under the Rules."). The moving party need only point to matters which demonstrate the
2 absence of a genuine material factual issue. *See Celotex v. Cattret*, 477 U.S. 317, 323-24 (1986).
3 Further, as defendant points out, if additional discovery is needed to oppose summary judgment,
4 Rule 56(f) gives the court authority and discretion to permit such discovery. Thus, an extension
5 of the law and motion deadline is not automatically rendered necessary in light of an extension
6 of the discovery cutoff date. Nonetheless, in light of the recent leniency shown toward plaintiff
7 in permitting additional time for discovery, the court will extend similar consideration to
8 defendant.

9     Accordingly, it is hereby ORDERED that:

10     1. Defendant's motion is granted and the law and motion deadline in the above-
11 captioned case is extended from April 25, 2007 to June 25, 2007.

12     2. The pretrial conference and trial dates set in the November 9, 2006, scheduling order
13 are vacated. Those dates will be reset, if appropriate, following disposition of any motion for
14 summary judgment.

15     SO ORDERED.

16 DATED: March 20, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2