IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Plaintiff,                    No. CIV S-04-2320 LKK EFB PS

    vs.

CITY OF DAVIS,                        ORDER

    Defendant.

_____/

On March 29, 2007, plaintiff filed a document styled "Petition for Writ of Certiorari, alternatively Petition for Interlocutory Appeal." It appears that plaintiff's intent is to appeal this court's March 6, 2007, order affirming the decision to deny plaintiff's motion to amend his complaint to include claims under the "continuing violations doctrine." Carpinteria Valley Farms, Ltd. v. County of Santa Barbera, 344 F.3d 822, 828 (9th Cir. 2003). That order further denied plaintiff's motion to the extent it could be construed as a motion to certify for interlocutory appeal. Plaintiff now appears to again seek appellate relief on this very same issue.

Included in plaintiff's writ is an apparent request to proceed in forma pauperis on appeal. To the extent this document can be construed as a motion for leave to proceed in forma pauperis on appeal, the motion is denied.

1

The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a). The court finds that plaintiff's appeal is not taken in good faith.

Accordingly, plaintiff's motion for leave to proceed <u>in forma pauperis</u> on appeal is denied.

SO ORDERED.

DATED: June 20, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2