IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

       Plaintiff,                    CIV-S-04-2320 LKK EFB PS

   vs.

CITY OF DAVIS,

       Defendant.               ORDER

_____/

       On February 26, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed objections on March 4, 2008, and defendant filed a reply to plaintiff's objections on March 14, 2008. Plaintiff also filed a surreply on March 21, 2008, and defendant filed objections thereto on March 25, 2008. The undersigned has reviewed these filings.

       This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. <u>See</u> <u>Orand v.</u>

1 <u>United States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
2 reviewed de novo.  See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir.
3 1983).
4       The court has reviewed the applicable legal standards and, good cause appearing,
5 concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.
6 Accordingly, IT IS ORDERED that:
7       1.  The proposed Findings and Recommendations filed February 26, 2008, are
8 ADOPTED;
9       2.  Defendant's motion for summary judgment is granted in its entirety, and
10 judgment is entered in its favor; and,
11       3.  The Clerk is directed to close the case.
12 DATED: March 25, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT